## POST-PETITION CHAPTER 7 RETAINER AGREEMENT
### Mary E Vizer   (Re: Case # 20-17027)

The undersigned previously retained Firm to file a Chapter 7 Bankruptcy petition and to provide pre-petition services. The undersigned now agrees to retain Firm (hereinafter "Siegel") to perform the following contemplated <u>post-petition</u> legal services and agrees to pay non-refundable attorney's fee in the amount of $435.00, payable in installments as agreed to by the parties. The undersigned has reviewed the documents and has authorized Siegel to perform any necessary post-petition services including representation and appearance at the meeting of creditors, 2004 examination, if necessary, communication with the bankruptcy and United States' trustees, communication with creditors, review and completion of reaffirmation agreement(s) and court appearances. Further, the contemplated post-petition legal services to be rendered may include preparing and mailing notices of the automatic stay to all creditors and debtor's employer, if necessary; preparing motions to set aside personal property liens pursuant to 11 U.S.C. 522(f)(2) or judicial liens pursuant to 11 U.S.C. (f)(1), however these motions are to be included in the contemplated services to be rendered only if liens are disclosed to Siegel prior to the signing of this agreement; if disclosed subsequent to the signing of this agreement, said services will be considered as additional services and a separate fee agreement will be entered into between the parties, provided the undersigned wishes to retain Siegel to perform said services. Further services contemplated by this agreement are, when appropriate, stopping wage deduction orders, garnishments, citations, sending notices to utilities to avoid shutoff or to reinstate service, sending notice to the Secretary of State to stop suspension of driving privileges because of lack of liability insurance coverage and obtaining the discharge order when entered by the court.

Services not contemplated by this retainer agreement are adversary proceedings to determine dischargeability of a debt, objections to discharge, bankruptcy abuse or bankruptcy fraud. The undersigned retains no legal or equitable interest in the retainer and understands that fees paid under this agreement are only for services specifically itemized. The undersigned understands that attorney's fees are payable whether the undersigned obtains a discharge or not from the debts listed and whether the case is dismissed or converted to another Chapter. In the event that the undersigned fails to pay any balance due under this agreement, the undersigned agrees to remain liable on the entire balance due as well as reasonable attorney's fees and costs for collection pursuant to this agreement. Client consents to the firm's payment and utilization of coverage/contract attorneys as needed. This may include, but is not limited to 341 meeting of creditors as well as any other hearing or matter. The undersigned acknowledges receiving a copy of this agreement.

x _Mary E Vizer_     x _[signature]_     _9/21/2020_
Client: Mary E Vizer     David M. Siegel & Associates     Date