UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Mary E. Vizer, <br><br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:   20-17027 <br><br> Chapter:  7 <br> Honorable Jack Schmetterer |

## ORDER MODIFYING AUTOMATIC STAY

This matter is before the Court on the Motion for Relief from the Automatic Stay filed by TD Auto Finance LLC ("TD Auto").  It appearing to the Court that cause exists to modify the automatic stay and that TD Auto is otherwise entitled to the relief requested,

IT IS ORDERED that the aforesaid request for relief from the automatic stay is granted and that TD Auto may enforce its rights against the 2014 Nissan Altima, VIN: 1N4AL3AP7EC140082, pursuant to the terms and conditions of its contract and applicable non-bankruptcy law.

IT IS FURTHER ORDERED that Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and thus TD Auto may immediately enforce and implement this Order.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  November 03, 2020

**Prepared by:**

Kathryn A. Klein
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Fax (314) 727-1086